# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3545

_____

MATTHEW LEE RILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

January 16, 2019

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger and Justin F. Karpf, Assistant Public Defenders, Tallahassee, for Appellant; Matthew Lee Riley, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.